# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | 2:21-cv-04834-RGK-AS |
| Date | November 1, 2021 |
| Title | *Rosa Molina v. AES Credit* |

Present: The Honorable   R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS)** Order Re: Order to Show Cause on Plaintiff's Failure to Serve Defendant AES Credit

On June 9, 2021, Rosa Molina ("Molina") filed a Motion for Summary Disposition of Final Arbitration Award (ECF No. 1). Applications for confirmation of final arbitration awards must "be served upon the adverse party." 9 U.S.C. § 9. It does not appear as if Molina has served AES Credit. Thus, the Court orders Molina to show cause within thirty days of the issuance of this Order as to why the Court should not dismiss AES Credit for lack of service.

Plaintiff may discharge the Order to Show Cause either by: (1) filing a response, explaining why AES Credit has not been served; or (2) by serving AES Credit, and subsequently filing a proof of service with the Court. Either must take place within thirty days of this Order's issuance.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer   _____